UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INFINITI AIR CLIMATE CONTROL, INC.; INFINITY AIR CLIMATE CONTROL COMPANY; MOHSEN GHANE; DARIUSH M. SOLEIMANI; and SONEILA MASHIKHOF SOLEIMANI,<br><br>　　　　Defendants.<br>_____ | Case No. CV 08-00602 DDP (MANx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　A federal court may exercise diversity jurisdiction when there is complete diversity between the parties and the amount in controversy exceeds $75,000.  28 U.S.C. § 1332.  In this action, Plaintiff alleges that it has no duty to defend or indemnify under several insurance policies it issued to Defendants.  While Plaintiff alleges that this Court has diversity jurisdiction, it is unclear to the Court that there is complete diversity between the parties.

1 A corporation shall be deemed a citizen of both the state by
2 which it has been incorporated, and the state where it has its
3 principal place of business.  28 U.S.C. § 1332(c)(1).  In
4 determining where a corporation has its principal place of
5 business, a court will apply either the "place of operations" test
6 or the "nerve center" test.  <u>Tosco Corp. v. Communities for a
7 Better Env't</u>, 236 F.3d 495, 500 (9th Cir. 2001).  Here, it is
8 unclear to the Court that Defendant Infiniti Air Climate Control,
9 Inc. is a citizen of California.
10      Accordingly, the Court orders the parties to file cross-
11 briefs, not to exceed five pages, by Monday, June 9, 2008, to show
12 cause why this action should not be dismissed for failure to
13 satisfy complete diversity of citizenship.  The parties should also
14 deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312
15 N. Spring Street, Los Angeles.  The Court notes that the Plaintiff
16 has the burden of establishing diversity jurisdiction.  If a party
17 does not file a brief, the court will regard that party as not
18 opposing dismissal of this action.  A hearing is scheduled on this
19 matter for Monday, June 16, 2008 at 10:00 a.m.

22 IT IS SO ORDERED.

25 Dated: May 20, 2008

    _____
    DEAN D. PREGERSON
    United States District Judge

2